■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL LABOY, Appellant. [59 NYS3d 898]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme

Court, Queens County (Chin Brandt, J.), imposed May 5, 2016, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see People v Bradshaw*, 18 NY3d 257, 267 [2011]; *People v Brown*, 122 AD3d 133, 137 [2014]; *People v Johnson*, 109 AD3d 1004 [2013]) and, thus, does not preclude review of his excessive sentence claim. However, contrary to the defendant's contention, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Mastro, Miller, LaSalle and Brathwaite Nelson, JJ., concur.